UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>         Plaintiff,<br><br>  -against-<br><br>YANA A. ROY; ALVARADO; DARCEL D. CLARK,<br><br>         Defendants. | 1:22-CV-2384 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court construes Plaintiff's complaint as asserting claims for damages and injunctive relief under 42 U.S.C. § 1983, as well as claims for *habeas corpus* relief under 28 U.S.C. § 2241. The Court dismisses Plaintiff's claims under Section 1983 as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from defendants who are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii). The Court dismisses Plaintiff's claims for *habeas corpus* relief under Section 2241 without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. Because Plaintiff's claims for *habeas corpus* relief make no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

SO ORDERED.

Dated: May 16, 2022
    New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge